# UNITED STATES DISTRICT COURT

for

## EASTERN DISTRICT OF NORTH CAROLINA
## EASTERN DIVISION

U.S.A. vs. Reginald Dean Howard            Docket No. 4:05-CR-8-1H

### Petition for Action on Supervised Release

COMES NOW Michael W. Dilda, probation officer of the court, presenting a petition for modification of the Judgment and Commitment Order of Reginald Dean Howard, who, upon an earlier plea of guilty to Possession With Intent to Distribute More Than 5 Grams of Cocaine Base (Crack), was sentenced by the Honorable Malcolm J. Howard, Senior U.S. District Judge, on February 12, 2007, to the custody of the Bureau of Prisons for a term of 60 months. It was further ordered that upon release from imprisonment the defendant be placed on supervised release for 60 months under the standard conditions adopted by the court and the following additional conditions:

1. The defendant shall participate as directed in a program approved by the probation office for the treatment of narcotic addiction, drug dependency, or alcohol dependency which will include urinalysis testing or other drug detection measures and may require residence or participation in a residential treatment facility.

2. The defendant shall consent to a warrantless search by a United States Probation Officer or, at the request of the probation officer, any other law enforcement officer, of the defendant's person and premises, including any vehicle, to determine compliance with the conditions of this judgment.

3. The defendant shall cooperate in the collection of DNA as directed by the probation officer.

Reginald Dean Howard was released from custody on August 5, 2010, at which time the term of supervised release commenced.

**RESPECTFULLY PRESENTING PETITION FOR ACTION OF COURT FOR CAUSE AS FOLLOWS:**

On September 12, 2011, while in Halifax County, North Carolina, the defendant was arrested for Driving While Impaired and Driving While License Revoked. Howard subsequently contacted the probation officer the following day to acknowledge that he had consumed some alcohol while at a social event with family and friends, and drove an automobile without a license. The charges remain pending for disposition. The defendant was cooperative with the arresting officer and no additional charges were filed. As a sanction for this violation conduct, service of three days in jail and to complete a substance abuse assessment for his alcohol use are recommended.

The defendant signed a Waiver of Hearing agreeing to the proposed modification of supervision.

Reginald Dean Howard
Docket No. 4:05-CR-8-1H
Petition For Action
Page 2

**PRAYING THAT THE COURT WILL ORDER** that supervised release be modified as follows:

1. The defendant shall be confined in the custody of the Bureau of Prisons for a period of 3 consecutive days. He shall abide by all rules and regulations of the designated facility.

Except as herein modified, the judgment shall remain in full force and effect.

| Reviewed and approved, | I declare under penalty of perjury that the foregoing is true and correct. |
|---|---|
| /s/ Dwayne K. Benfield<br>Dwayne K. Benfield<br>Senior U.S. Probation Officer | /s/ Michael W. Dilda<br>Michael W. Dilda<br>U.S. Probation Officer<br>201 South Evans Street, Room 214<br>Greenville, NC 27858-1137<br>Phone: 252-758-7200<br>Executed On: October 6, 2011 |

## ORDER OF COURT

Considered and ordered this 11 day of Oct, 2011, and ordered filed and made a part of the records in the above case.

Malcolm J. Howard
Senior U.S. District Judge