IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
EASTERN DIVISION
NO. 4:05-CR-8-1H

UNITED STATES OF AMERICA,  )
                           )
                           )
                           )
       v.                  )
                           )           **ORDER**
                           )
                           )
REGINALD DEAN HOWARD       )
                           )

This matter is before the court on the government's motion for review of the June 10, 2014, order of United States Magistrate Judge Kimberly A. Swank setting conditions of release for the defendant.

The court has carefully reviewed this matter and hereby finds that the release order is accurate and in accordance with law. The court is satisfied that the defendant is not a flight risk and that the conditions of release are sufficient to reasonably ensure the defendant will not pose a danger to the community. The release order entered by Judge Swank on June 10, 2014, is hereby AFFIRMED. Defendant shall be RELEASED in

accordance with and subject to the conditions of the release order.

This 12TH day of June 2014.

*signature*
Malcolm J. Howard
Senior United States District Judge

At Greenville, NC
#26